UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
:
                      Plaintiff,   :
:          90-CR-17-1 (VSB)
    - against -            :
:               **ORDER**
ALBERTO MUNIZ,                              :
:
                    Defendant.    :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Before the Court are two motions, filed *pro se*, for the early termination of Defendant's supervised release. (Docs. 136, 138.) The United States Probation Office for the Eastern District of New York has informed the Court that Defendant's term of supervised release is complete as of February 27, 2025. (*See also* Doc. 140 at 3 ("On February 28, 2020, Muniz commenced his five-year term of supervised release.").) Accordingly, Defendant's motions for early termination of supervised release are DENIED as moot. The Clerk of Court is respectfully directed to close the pending motions at Docs. 136 and 138.

SO ORDERED.

Dated: April 30, 2025
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge